U.S. Bankruptcy Court
United States Court for the District of Columbia (Washington, D.C,)
Bankruptcy Petition #: 23-00087- ELG

| | | |
|---|---|---|
| IN RE; | RITA BROWNER<br>PRO SE DEBTOR | CHAPTER 7<br>CASE NO. 23-00087-ELG |
| | LATONYA GRIFFIN<br>PLAINTIFF | Case No. 23-10015-ELG |

## ANSWER: LaTONYA GRIFFIN'S COMPLAINT FOR A DETERMINATION EXCEPTING DEBT FROM DISCHARGE.

I, Rita Browner,. I Deny allegations of the complaint and debt owed. I filed Bankruptcy Chapter 7 on March 29, 2023 and received a Chapter 7 discharge entered on 07/18/23 (Exhibit 1 $ 2). I DID NOT FILE Chapter 11 which Plaintiff filed in her Adversary Proceeding entered in Court Records 07/07/23 (Exhibit 3). I am insolvent and Discharged and should not be responsible or obligated for the debt.

Please dismiss any further actions, requests, et al in this matter .

**FILED**
AUG - 7 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## AFFIDAVIT

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information and belief.

Name: _Rita Browner_                    _Rita Browner_

Date: August 07, 2023; 1251 Penn St, NE; Washington, DC 20002;
Rbrowner52@gmail.com

## CERTIFICATE OF SERVICE

Anton L. Iamel
201 N. Charles St., Ste 400
Baltimore, MD 21201-4111

Tonya Griffin
3213 Doycron Ct
Baltimore, MD 21207

Clerk, Circuit Court, Baltimore City
111 N. Calvert St, Rm 462
Baltimore, Maryland 21207

Clerks Office
U.S. Bankruptcy Court
Washington, DC 20001

William D. White, Trustee
8205 Petit Court
McLean, Virginia 21207

Elizabeth L. Gunn
Bankruptcy Judge
333 Constitution Ave. NW
Washington, DC 20001


RECEIVED Mail Room
AUG - 8 2023
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

United States Bankruptcy Court for the District of Columbia

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/29/2023 at 11:56 AM and filed on 03/29/2023.

**Rita Browner**
1251 Penn St NE -2
Washington, DC 20002
240-203-5241
SSN / ITIN: xxx-xx-6125

Exhibit 1

The bankruptcy trustee is:

William Douglas White
McCarthy & White PLLC
8205 Pettit Court
22102
Mclean, VA 22102
703-770-9265

The case was assigned case number 23-00087-ELG to Judge Elizabeth L. Gunn.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our Internet home page https://ecf.dcb.uscourts.gov or at the Clerk's Office, E. Barrett Prettyman U. S. Courthouse, 333 Constitution Ave, NW #1225, Washington, DC 20001.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Angela D. Caesar
Clerk, U.S. Bankruptcy Court

 Gmail

Rita Browner <rbrowner52@gmail.com>

## 23-00087-ELG CH7 Order Discharging Debtor(s) - Rita Browner

ecf_dcb@dcb.uscourts.gov <ecf_dcb@dcb.uscourts.gov>
To: courtmail@dcb.uscourts.gov

Tue, Jul 18, 2023 at 11:47 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

United States Bankruptcy Court for the District of Columbia

Notice of Electronic Filing

The following transaction was received from Aide, Claude entered on 7/18/2023 at 2:47 PM EDT and filed on 7/18/2023
Case Name:         Rita Browner
Case Number:       23-00087-ELG
Document Number: 30

Docket Text:
Order Discharging Debtor. (Re: Related Document(s)[2] First Meeting of Creditors (Chapter 7).) Order entered on 7/18/2023. (Aide, Claude)

The following document(s) are associated with this transaction:

*EXHIBITS attachments 2*

23-00087-ELG Notice will be electronically mailed to:

Rita Browner
rbrowner52@gmail.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

William Douglas White
wdw@mccarthywhite.com, white@premierremote.com;dc08@ecfcbis.com

William Douglas White on behalf of Trustee William Douglas White
wdw@mccarthywhite.com, white@premierremote.com;dc08@ecfcbis.com

23-00087-ELG Notice will not be electronically mailed to:

EXHIBIT 2

## United States Bankruptcy Court for the District of Columbia

| | |
|---|---|
| In re: Rita Browner | Bankruptcy Case No: 23-00087-ELG |
| Debtor | Chapter: 11 |
| Latonya Griffin | |
| Plaintiff | |
| v. | Adv. Proceeding No: 23-10015-ELG |
| Rita Browner | Scheduling Conference: 9/6/2023 at 10:00 |
| Defendant | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to complain within 35 days.

| Address of the Clerk: | Clerk's Office<br>U.S. Bankruptcy Court<br>333 Constitution Avenue NW<br>Washington, DC 20001 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and address<br>of Plaintiff's Attorney: | PRO SE<br>Latonya Griffin<br>6604 Parson Avenue<br>Baltimore, MD 21215 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in this matter will be held in Courtroom 1 and via Zoom (email Aimee_Mathewes@dcb.uscourts.gov for meeting information) on 9/6/2023 at 10:00 AM.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Angela Caesar
Clerk of the Bankruptcy Court

7/7/2023
Date

By: /s/ Aimee Mathewes
Deputy Clerk