Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Rita Browner*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-87-ELG |
| | ) | (Chapter 7) |
| RITA BROWNER | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LATONYA GRIFFIN, | ) | |
| | ) | Adv. Case No. 23-10015-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RITA BROWNER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for Rita Browner in connection with the above-captioned adversary proceeding and solely in connection with the above-captioned adversary proceeding.

*[Signature on Following Page]*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 3, 2023 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 9812 Falls Road, #114-160 |
|  | Potomac, Maryland 20854 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |
|  | *Counsel for Rita Browner* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to all persons registered to receive notice.

/s/ Maurice B. VerStandig
Maurice B. VerStandig