# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| **RITA BROWNER,** | | **Case No.: 23-00087-ELG** |
| | * | |
| Debtor. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **LATONYA GRIFFIN,** | * | |
| Plaintiff, | * | |
| v. | * | **Adv. Pro.: 23-10015-ELG** |
| **RITA BROWNER,** | * | |
| Defendant/Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, HEREBY CERTIFY that on the 1st day of December, 2023; the following discovery materials were served by U.S. Mail, postage pre-paid, on the Defendant, Rita Browner, at 1251 Penn Street, NE—Unit 2, Washington, DC 20002 and by email at: rbrowner52@gmail.com:

1. Plaintiff's First Requests for Production of Documents;
2. Plaintiff's First Requests for Admissions; and
3. Plaintiff's First Set of Interrogatories.

Date: December 10, 2023.                              Respectfully Submitted:

/s/ Richard L. Costella
Richard L. Costella
Fed. Bar No.: MD14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel.: 410-752-9700
Email: Rcostella@tydingslaw.com
Email: Mlilja@tydingslaw.com

*Counsel to Plaintiff*

6064553.1