CITY OF BALTIMORE MARYLAND
Bureau of Revenue Collections
Recordation Tax Paid
2/12/21
12483
$1000.00
Date
Transaction #
Amount
Authorized Signature

After Recording Return to:
Castle Title, LLC
1447 York Road,
Suite 606
Lutherville, MD 21093
File No.: 2029879

# DEED

**THIS DEED**, made this 31 day of December, **2020**, by and between **Jarrick Joshua Browner**, party of the first part, and **RWB Property Acquisitions, LLC**, party of the second part;

**WITNESSETH,** That in consideration of the sum of NINETY THOUSAND AND 00/100 DOLLARS ($90,000.00), the receipt whereof is hereby acknowledged and an Assignment consideration of Ten Thousand and 00/100 Dollars ($10,000.00) for a total consideration of One Hundred Thousand and 00/100 Dollars ($100,000.00), the said Grantors do hereby grant and convey unto the said **RWB Property Acquisitions, LLC**, its successors and assigns, in fee simple, all that certain lot of ground lying and being situate in the State of Maryland, Baltimore City and described as follows, that is to say:

**See attached Exhibit "A" attached hereto and made a part hereof**

**BEING the same lot of ground which by DEED dated April 13, 2016 and recorded among the Land Records of Baltimore City, Maryland in Liber 18124, folio 388 was granted and conveyed from HSBC Bank USA, NA as Trustee for Nomura Home Equity Loan, Inc. asset backed Certificates Seriers 2006-AF1 unto Jarrick Joshua Browner the within named grantor.**

**Tax Account No: 28-03-8359-014**

**TOGETHER** with all improvements thereupon, and the rights, alleys, ways, waters, easements, privileges, appurtenances and advantages belonging or in anywise appertaining.

**TO HAVE AND TO HOLD** the said described lot of ground and premises to the said party of the second part, its Successors and Assigns, in fee simple forever.

All taxes for which assessments have been Received have been paid as of this date Feb. 12, 2021
Director of Finance of Baltimore City By

CITY OF BALTIMORE, MARYLAND
Bureau of Revenue Collections, Transfer Tax Division
Transfer Tax Paid
2/12/2021 358135 $1500.00
Date Cash Slip # Amount
Authorized Signature

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23248, p. 0361, MSA_CE164_32405. Date available 06/25/2021. Printed 01/01/2024.

**AND** the said party of the first part covenant(s) that he has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that he will warrant specially the property hereby conveyed; and that he will execute such further assurances of said land as may be requisite.

**Witness** the hand and seal of the said party of the first part.

**WITNESS:**

_________________________
Witness

**Jarrick Joshua Browner**

STATE OF MARYLAND BALTIMORE CITY

On this 31 day of December, 2020, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared **Jarrick Joshua Browner** known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained, and in my presence signed and sealed the same.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

Notary Public

BONNIE GOLDBERG NOTARY PUBLIC BALTIMORE COUNTY, STATE OF MARYLAND

My commission Expires: 3/4/2024

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23248, p. 0362, MSA_CE164_32405. Date available 06/25/2021. Printed 01/01/2024.

This is to certify that the within instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of Maryland.

David B. Kramer, Esq.

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23248, p. 0363, MSA_CE164_32405. Date available 06/25/2021. Printed 01/01/2024.

**Exhibit "A"**

**Beginning for the same at the intersection of the northeast side of Wentworth (formerly Mariwent Avenue) 50 feet wide with the southeast side of Fordney Lane ( formerly Forrest Lane) 35 feet wide and running thence southeasterly binding on the northeast side of Wentworth Road 63 feet thence northeasterly paralle with Granada Avenue 150 feet to the southwest side of a 15 foot alley there laid out thence northwesterly parallel with Wentworth Road and binding on the south side of said alley with the use thereof in common 57.57 feet more or less to the southeast side of Fordney Lane and thence southwesterly binding thereon 150 feet to the place obe beginning. The improvements thereon being known as 4212 Wentworth Road.**

8359

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23248, p. 0364, MSA_CE164_32405. Date available 06/25/2021. Printed 01/01/2024.

**MARYLAND FORM WH-AR**

# Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence

**2020**

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

**Name of Transferor** Jarrick Joshua Browner

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

**4212 Wentworth Road, Baltimore, MD 21207**

**3. Reasons for Exemption**

**Resident Status** [X] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

[ ] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence** [ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

**Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

**3a. Individual Transferors**

[signature] Witness

Jarrick Joshua Browner Name 12/31/2020 **Date

[signature] Signature

**3b. Entity Transferors**

Witness/Attest

Name of Entity

By

Name **Date

Title

**Form must be dated to be valid

**NOTE:** Form is only valid if it was executed on the date the property was transferred and is properly recorded with the Clerk of Court.

**To the Clerk of Court:** Only an un-altered Form WH-AR should be considered a valid Certification for purposes of Section 10-912.

20-49

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23248, p. 0365, MSA_CE164_32405. Date available 06/25/2021. Printed 01/01/2024.

1074

LR - Deed (w Taxes)
Recording only ST20.00
Name: JARRICK
BROWNER/RWB PROPERTY
Ref: 4212 WENTWORTH
RD.
LR - Deed (with Taxes)
Surcharge 40.00
LR - Deed State
Transfer Tax 500.00
LR - NR Tax - 1kd 0.00
======================
SubTotal: 560.00
======================
Total: 560.00
06/15/2021 10:15
CC24-LEB
#15080625 CC0801 -
Baltimore City
Mitchell/CC08.01.07 -
Register 07

40
20
500

LEB

8559 08

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23248, p. 0366, MSA_CE164_32405. Date available 06/25/2021. Printed 01/01/2024.

BOOK: 23248 PAGE: 367

# State of Maryland Land Instrument Intake Sheet

☒ Baltimore City ☐ County: Baltimore City

**Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office only.**
**(Type or Print in Black Ink Only-All Copies Must Be Legible)**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Type(s) of Instruments | ☐ Check Box if Addendum Intake Form is Attached.) | | | |
| | | X Deed / Deed of Trust | Mortgage / Lease | Other | Other |
| 2 | Conveyance Type Check Box | X Improved Sale Arms-Length(1) | Unimproved Sale Arms-Length(2) | Multiple Accounts Arms-Length(3) | Not an Arms-Length Sale(9) |
| 3 | Tax Exemptions (if Applicable) Cite or Explain Authority | **Recordation** | | | |
| | | **State Transfer** | | | |
| | | **County Transfer** | | | |

| 4 | Consideration and Tax Calculations | **Consideration Amount** | | **Finance Office Use Only** | |
|---|---|---|---|---|---|
| | | | | **Transfer and Recordation Tax Consideration** | |
| | | Purchase Price/Consideration | **$100,000.00** | Transfer Tax Consideration | $ |
| | | Any New Mortgage | | X ( )% = | $ |
| | | Balance of Existing Mortgage | **$0.00** | Less Exemption Amount - Total Transfer Tax = | $ |
| | | Other: | $ | Recordation Tax Consideration X( )per $500 = | $ |
| | | Other: | $ | | |
| | | Full Cash Value | $ | TOTAL DUE | $ |

| 5 | **Fees** | Amount of Fees | Doc 1 | Doc 2 | Agent |
|---|---|---|---|---|---|
| | | Recording Charge | **$40.00** | $ | |
| | | Surcharge | **$20.00** | $ | Tax Bill |
| | | State Recordation Tax | **$1,000.00** | $ | |
| | | State Transfer Tax | **$500.00** | $ | C B Credit |
| | | County Transfer Tax | **$1,500.00** | $ | |
| | | Other | $ | $ | Ag Tax/Other |
| | | Other | $ | $ | |

**6 Description of Property** — SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No.(1) | Grantor Liber/Folio | Map | **Parcel No.** | Var. Log ☐ (5) |
|---|---|---|---|---|---|
| | 28-03-8359-014 | / | | | |

| **Subdivision Name** | **Lot (3a)** | **Block (3b)** | SectAR(3c) | **Plat Ref.** | **SqFt/Acreage(4)** |
|---|---|---|---|---|---|
| | | | | | |

**Location/Address of Property Being Conveyed (2)**
4212 Wentworth Road, Baltimore, MD 21207

| **Other Property Identifiers (if applicable)** | **Water meter Account** |
|---|---|
| | |

**Residential** ☒ **or Non-Residential** ☐ | **Fee Simple** ☒ **Ground Rent** ☐ **Amount**

**Partial Conveyance** ☐ **Yes** ☐ **No** | Description/Amt. Of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed-

**7 Transferred From**

| **Grantor(s) Name(s)** | **Doc 2 - Grantor(s) Name(s)** |
|---|---|
| Jarrick Joshua Browner | |
| **Doc 1 - Owner(s) of Record, if Different from Grantor(s)** | **Doc 2 - Owner(s) of Record, if Different from Grantor(s)** |
| | |

**8 Transferred To**

| **Doc 1 Grantee(s) Name(s)** | **Doc 2 - Grantee(s) Name(s)** |
|---|---|
| RWB Property Acquisitions, LLC | |

**New Owner's (Grantee) Mailing Address**
37620 North Fork Road, Purcellville, VA 20132

**9 Other Names to Be Indexed**

| **Doc 1 - Additional Names to be indexed (Optional)** | **Doc 2 - Additional Names to be indexed (Optional)** |
|---|---|
| | |

**10 Contact/Mail information**

**Instrument Submitted By or Contact Person**
Name: Bonnie Goldberg
Firm: Castle Title, LLC
Address: 1447 York Road,
Phone- 410-842-6364

☒ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

11 IMPORTANT *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

**Assessment Information**
☐ Yes ☒ No Will the property being conveyed be the grantee's principal
☐ Yes ☒ No Does transfer include personal property? If yes, identify
☐ Yes ☒ No Was property surveyed? If yes, attach copy of survey (if recorded no copy required)

**Assessment Use Only - Do Not Write Below This Line**

☐ Terminal Verification ☐ Agricultural ☐ Whole ☐ Part ☐ Tran Process Verification

Transfer Number: | Date Received: | Deed Reference: | Assigned Property No.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | | | Geo | Map | Sub | Block | |
| Land | | | Zoning | Grid | Plat | Lot | |
| Buildings | | | Use | Parcel | Section | Doc Od. | |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | | |

REMARKS:

File No. 2029879

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23248, p. 0367, MSA_CE164_32405. Date available 06/25/2021. Printed 01/01/2024.