After Recording Return to:
Castle Title, LLC
1447 York Road
Suite 606
Lutherville, MD 21093
File No.: 2029879A

CITY OF BALTIMORE MARYLAND
Bureau of Revenue Collections
Recordation Tax Paid

10-22-21    30 7 725    $1 3965.00
Date    Transaction #    Amount

Authorized Signature

# DEED

THIS DEED, made this 3 day of August, 2021, by and between **RWB Property Acquisitions, LLC**, a Maryland limited liability company, party of the first part, and **Chavon McMillian**, party of the second part;

WITNESSETH, that in consideration of **FOUR HUNDRED TWELVE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($412,500.00)** the said party of the first part does grant and convey unto **Chavon McMillian**, party of the second part, as Sole Owner, his personal representatives and assigns, in fee simple, all that piece or parcel of land situate, lying and being in Baltimore City, Maryland, described as follows:

See attached Exhibit "A" attached hereto and made a part hereof:

BEING the same lot of ground which by DEED dated January 31, 2020 and recorded among the Land Records of Baltimore City, Maryland in Liber 23248, folio 361 was granted and conveyed from Jarrick Joshua Browner unto RWB Property Acquisitions, LLC the within named grantor.

Tax Account No: 28-03-8359-014

**TOGETHER** with all improvements thereupon, and the rights, alleys, ways, waters, easements, privileges, appurtenances and advantages belonging or in anywise appertaining.

**TO HAVE AND TO HOLD** the said described lot of ground and premises to the said party of the second part, as Sole Owner, unto the survivor of him, his Personal Representatives and Assigns, in fee simple forever.

**AND** the said party of the first part covenant(s) that it has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that it will warrant specially the property hereby conveyed; and that it will execute such further assurances of said land as may be requisite.

CITY OF BALTIMORE, MARYLAND
Bureau of Revenue Collections, Transfer Tax Division
Transfer Tax Paid

10-22-21    373 021    $6187.50
Date    Cash Slip #    Amount

Authorized Signature

All taxes for which assessments have been Received have been paid as of this date
8/4/21
Director of Finance of Baltimore City By

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23802, p. 0115, MSA_CE164_32959. Date available 11/03/2021. Printed 01/01/2024.

**Witness** the hand and seal of the said party of the first part.

WITNESS:                                              RWB Property Acquisitions, LLC

_____                               _____
Witness                                               By: Richard Barron, Member


STATE OF _____    COUNTY OF _____

On this 3rd day of August, 2021, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared **Richard Barron** who acknowledged himself to be the Member of the Grantor Limited Liability Company, and that as such Member being authorized to do so, executed the aforegoing Deed for the purposes therein contained, by signing the name of the Limited Liability Company, by himself as such Member and further, did certify that this conveyance is not part of a transaction in which there is a sale, lease, exchange or other transfer of all or substantially all, of the property and assets of the Limited Liability Company, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My commission expires: April 30, 2022

[Seal: STEPHEN KWAK, NOTARY PUBLIC, REG. #337022, MY COMMISSION EXPIRES APRIL 30, 2022, COMMONWEALTH OF VIRGINIA]

This is to certify that the within instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
David B. Kramer, Esq.

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23802, p. 0116, MSA_CE164_32959. Date available 11/03/2021. Printed 01/01/2024.

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23802, p. 0117, MSA_CE164_32959. Date available 11/03/2021. Printed 01/01/2024.

Exhibit "A"

Beginning for the same at the intersection of the northeast side of Wentworth (formerly Mariwent Avenue) 50 feet wide with the southeast side of Fordney Lane ( formerly Forrest Lane) 35 feet wide and running thence southeasterly binding on the northeast side of Wentworth Road 63 feet thence northeasterly parallel with Granada Avenue 150 feet to the southwest side of a 15 foot alley there laid out thence northwesterly parallel with Wentworth Road and binding on the south side of said alley with the use thereof in common 57.57 feet more or less to the southeast side of Fordney Lane and thence southwesterly binding thereon 150 feet to the place of beginning.

For informational purposes only:

The improvements thereon being known as 4212 Wentworth Road.   -8359

| MARYLAND FORM WH-AR | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | 2021 |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1. **Transferor Information**

   Name of Transferor    RWB Property Acquisitions, LLC

2. **Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

   4212 Wentworth Road, Baltimore, MD  21207

3. **Reasons for Exemption**

   **Resident Status**   ☐   As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

   ☒ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

   **Principal Residence**   ☐   Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

   Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

3a. **Individual Transferors**

   _____        _____        _____
   Witness                         Name                              **Date

                                   _____
                                   Signature

3b. **Entity Transferors**

   _____        RWB Property Acquisitions, LLC
   Witness/Attest                  Name of Entity

                                   _____        8/3/2021
                                   By                              **Date

                                   Richard Barron
                                   Name

                                   Member
                                   Title

**Form must be dated to be valid
NOTE: Form is only valid if it was executed on the date the property was transferred and is properly recorded with the Clerk of Court.
To the Clerk of Court: Only an un-altered Form WH-AR should be considered a valid Certification for purposes of Section 10-912.
21-49

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23802, p. 0118, MSA_CE164_32959. Date available 11/03/2021. Printed 01/01/2024.

BOOK 23802 PAGE 119

3483252525

Return To:
Document Management
Rocket Mortgage, LLC
1050 Woodward Ave
Detroit, MI 48226-1906

# City of Baltimore, Maryland

## Recordation Tax

Certification of owner-occupied status **and First time homebuyer**

I/We Chavon McMillian, a single woman

hereby certify and affirm under the penalties of perjury that I/we have purchased property in the City of Baltimore known as 4212 Wentworth Rd, Gwynn Oak, MD 21207-7432 which I/we shall occupy as my/our principal residence for at least 7 of the 12 months following this conveyance. **and as a first time homebuyer**

_____ 08/03/2021
Chavon McMillian
Borrower

_____
Borrower

_____
Borrower

_____
Borrower


STATE OF MARYLAND          }
                           } ss:
COUNTY OF Baltimore City   }

On the 3rd day of August, in the year 2021, before me, the undersigned, a notary public in and for said state, personally appeared Chavon McMillian, a single woman

personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual or the person upon behalf of which the individual(s) acted, executed the agreement.

My commission expires: 07-21-2024

_____
Notary Public   Baltimore City   County, Maryland

SHARNEE PATTERSON
Notary Public-Maryland
Baltimore County
My Commission Expires
July 21, 2024

6289775216
2004/09  mdtax.pcl

q03483252525 0885 441 0101

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23802, p. 0119, MSA_CE164_32959. Date available 11/03/2021. Printed 01/01/2024.

3091

8359[89]

BALTIMORE CITY CIRCUIT COURT (Land Records) MB 23802, p. 0120, MSA_CE164_32959. Date available 11/03/2021. Printed 01/01/2024.

```
LR - Deed (w Taxes)
Recording only ST20.00
Name: RWB PROPERTY
ACQUISITIONS/CHAVON
MCMILLI
Ref: 4212 WENTWORTH RD
LR - Deed (with Taxes)
Surcharge           40.00
LR - Deed State
Transfer Tax   1,031.25
LR - NR Tax - 1kd 0.00
======================
SubTotal:      1,091.25
======================
Total:         1,151.25
10/27/2021  11:04
              CC24-TB
#15567004 CC0801 -
Baltimore City
Mitchell/CC08.01.06 -
Register 06
```

(1)
40
20
1031.25