Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Rita Browner*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-87-ELG |
| | ) | (Chapter 7) |
| RITA BROWNER | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LATONYA GRIFFIN, | ) | |
| | ) | Adv. Case No. 23-10015-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RITA BROWNER, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE
OPPOSITION TO MOTION TO STAY DISCOVERY
OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

NOTICE IS HEREBY GIVEN that Rita Browner ("Ms. Browner") has filed a motion to stay discovery or, in the alternative, for a protective order. Ms. Browner asserts that discovery ought not be conducted while a dispositive motion is pending.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JANUARY 16, 2024, you must file and serve a written opposition to the motion. The opposition must be filed with the

1

Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for January 17, 2024 at 10:00 AM. The hearing will be held in a hybrid format, both in Courtroom 1 at the above-referenced courthouse and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: January 1, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Rita Browner*

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to all persons registered to receive notice.

/s/ Maurice B. VerStandig
Maurice B. VerStandig