The order below is hereby signed.

Signed: February 20 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| **RITA BROWNER,** | * | Case No.: 23-00087-ELG |
| Debtor. | * | |
| * * * * * * * * * * * * | | |
| **LATONYA GRIFFIN,** | * | |
| **Plaintiff,** | * | |
| v. | * | Adv. Pro.: 23-10015-ELG |
| **RITA BROWNER,** | * | |
| **Defendant/Debtor.** | * | |
| * * * * * * * * * * * * * | | |

### ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

UPON CONSIDERATION OF the Defendant's Motion For Judgment on the Pleadings (the "Motion"), the Plaintiff's Opposition to the Motion, it appearing that adequate notice of the Motion has been given; and for the reasons stated on the record at the hearing on the Motion on January 31, 2024; it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED**, that the Motion is denied without prejudice; and it is further,

6098107.1

**ORDERED**, the Plaintiff shall have up to and including March 1, 2024 to file an amended complaint.

**Seen:**

/s/ Richard L. Costella
Richard L. Costella
Fed. Bar No.: MD14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel.: 410-752-9700
Email: Rcostella@tydings.com
*Counsel to Plaintiff*


/s/ Maurice B. VerStandig
Maurice Belmont VerStandig
Fed. Bar No.: MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Tel.: 301-444-4600
Email: mac@mbvesq.com
*Counsel to Defendant*


cc:   Richard L. Costella, Esquire
    Tydings & Rosenberg LLP
    One East Pratt Street, Suite 901
    Baltimore, Maryland 21202
    Email: rcostella@tydings.com

    Maurice Belmont VerStandig, Esquire
    The VerStandig Law Firm, LLC
    1452 W. Horizon Ridge Pkwy, #665
    Henderson, NV 89012
    Email: mac@mbvesq.com

6098107.1