**22NTCHRG AP**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00087-ELG |
|     Latonya Griffin | Chapter 7 |
|         Debtor. | |
| | |
|     Latonya Griffin | |
|         Plaintiff, | |
|         v. | Adv. Pro. No. 23-10015 |
|     Rita Browner | |
|         Defendants. | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that at the request of the Court, the scheduling conference on 4/10/2024 is continued to:

4/24/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

                                        For the Court:
                                        Angela D. Caesar
                                        BY: AM
                                        Dated: 4/9/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.