**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 23-00087-ELG** |
| **Rita Browner**<br>**Debtor.** | **Chapter 7** |
| **Latonya Griffin**<br>**Plaintiff,**<br><br>v.<br><br>**Rita Browner**<br>**Defendant.** | **Adv. Pro. No. 23-10015-ELG** |

## NOTICE OF FAILURE TO PROSECUTE

Upon a review of the above referenced case, it appears that the parties may not be diligently prosecuting the following matter:

**Motion to Dismiss (ECF No. 25)**

**NOTICE IS HEREBY GIVEN** that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice (i.e., submission of an order pursuant to Local Bankruptcy Rule 9072-1), or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

> For the Court:
> Angela D. Caesar
> BY: CA
> Dated: 07/22/2024

Copies to: Debtor; recipients of e-notification of orders.