Richard L. Costella
Fed. Bar No.: MD14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel.: 410-752-9700
Email: Rcostella@tydings.com
*Counsel to Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| **RITA BROWNER,** | * | Case No.: 23-00087-ELG |
| Debtor. | * | |
| * * * * * * * * * * * * | | |
| **LATONYA GRIFFIN,** | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Adv. Pro.: 23-10015-ELG |
| | * | |
| **RITA BROWNER,** | | |
| | * | |
| Defendant/Debtor. | | |
| * * * * * * * * * * * * * * | | |

**JOINT RULE 26(f) REPORT**

Plaintiff, LaTonya Griffin; and Defendant, Rita Browner, by and through their respective undersigned counsel, and pursuant to Bankruptcy Rule 7026 and Rule 26(f) of the Federal Rules of Civil Procedure, hereby submit this report of their Rule 26 meeting, and state as follows:

**I.    Proposed Schedule.**

The parties propose the following schedule leading up to the trial in this case.

1. Plaintiff's designation of expert witnesses by October 15, 2024.

2. Defendants' designation of expert witness by November 15, 2024.

3. Designation of counter-expert witnesses by December 15, 2024.

6209860.1

    4.    Discovery to be completed by January 31, 2025.

    5.    Parties to file joint status report at the close of discovery.

    6.    Dispositive motions by any party to be filed by February 28, 2025.

**II.**    **Settlement.**

The parties have had some preliminary settlement discussions, but no settlement has been reached. The parties will continue to consider settlement as discovery progresses. In that regard, the parties would potentially consider mediation but are not prepared to commit to mediation at this time.

**III.**    **Estimate of Trial Time**

The parties anticipate that they would require one and one-half days for trial.

**IV.**    **Other Matters**

None at this time.

**AGREED TO THIS 6th DAY OF AUGUST, 2024:**

/s/ Richard L. Costella
Richard L. Costella, Fed. Bar No. MD14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
T: (410) 752-9700
F: (410) 727-5460
Email: rcostella@tydings.com

*Counsel for Plaintiff*

And

6209860.1

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Fed. Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
Email: mac@mbvesq.com

*Counsel for Rita Browner*

## CERTIFICATION OF SIGNATURES

I HEREBY CERTIFY that the signatures represented by the /s/ on this document reference the original signature of parties on the original document.

/s/ Richard L. Costella
Richard L. Costella

6209860.1

Case 23-10015-ELG    Doc 36    Filed 08/06/24    Entered 08/06/24 16:04:02    Desc Main
Document    Page 4 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of August, 2024, a copy of the foregoing *RULE 26(F) REPORT* was served via the Court's ECF e-filing system on the following:

Maurice B. VerStandig, Esquire
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Email: mac@mbvesq.com
*Counsel for Rita Browner*

    \s\ Richard L. Costella
Richard L. Costella

6209860.1                    1