The order below is hereby signed.

Signed: August 7 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-87-ELG |
| | ) | (Chapter 7) |
| RITA BROWNER | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LATONYA GRIFFIN, | ) | |
| | ) | Adv. Case No. 23-10015-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RITA BROWNER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of the Motion to Dismiss (the "Motion," as found at DE #25) filed by Rita Browner ("Ms. Browner" or the "Defendant"), the opposition thereto (the "Opposition," as found at DE #31) filed by Latonya Griffin ("Ms. Griffin" or the "Plaintiff"), arguments adduced at a hearing thereupon, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

1

ORDERED, that the Motion be, and hereby is, GRANTED IN PART and DENIED IN PART; and it is further

ORDERED, that the Motion be, and hereby is, DENIED as to Count I of the First Amended Complaint (DE #24); and it is further

ORDERED, that the Motion be, and hereby is, GRANTED as to Count II of the First Amended Complaint, with such denial being with prejudice as to any cause of action premised upon the tort of conversion and without prejudice as to any cause of action premised upon a different tort.

I ask for this reserving objections as to Count I:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Rita Browner*

Seen and Objected as to Count II:

/s/ Richard L. Costella (signed w/ express permission)
Richard L. Costella
Bar No. MD14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel.: 410-752-9700
Email: Rcostella@tydings.com
*Counsel for Latonya Griffin*