**22NTCHRGA**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

---

In Re:  Rita Browner
Debtor

　　　　　　　　　　　　　　　　　Case No.: 23–00087–ELG
　　　　　　　　　　　　　　　　　Chapter 7

Latonya Griffin
Plaintiff

v.

Rita Browner
Defendant

Adv. Proc. No. 23–10015–ELG　　　　　　　Judge: Elizabeth L. Gunn

---

Notice is hereby given that a hearing will be held on

a status hearing

on 6/24/2026 at 1:00 PM via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.


　　　　　　　　　　　　　　　　Angela D. Caesar
　　　　　　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　BY: am


Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee;
All Creditors.

United States Bankruptcy Court

District of Columbia

Griffin,

    Plaintiff

Browner,

    Defendant

Adv. Proc. No. 23-10015-ELG

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 12, 2026 | Form ID: ntchrga | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID**      **Recipient Name and Address**
pla      +   Latonya Griffin, 6604 Parson Avenue, Baltimore, MD 21215-1918

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Defendant Rita Browner mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Richard L. Costella | on behalf of Plaintiff Latonya Griffin rcostella@tydings.com  jmurphy@tydings.com |
| Rita Browner | rbrowner52@gmail.com |

TOTAL: 3