The order below is hereby signed.

Signed: June 29 2026



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00087-ELG** |
| **Rita Browner,** <br> Debtor. | **Chapter 7** |
| **Latonya Griffin,** <br> Plaintiff, <br><br> v. <br><br> **Rita Browner,** <br> Defendant. | **Adv. Pro. 23-10015-ELG** |

### SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding established at the scheduling hearing held June 24, 2026.

1.     **Answer Deadline**. Rita Browner (the "Defendant") shall file an answer as to Count I of the *First Amended Complaint* (ECF No. 24) by **July 15, 2026**.

2.     **Discovery.** Unless modified by order of this Court, the deadline for the parties to complete discovery is **October 13, 2026**. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a

1

sufficiently early date to assure that the time for response expires before the discovery completion deadline.

3.　　**Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter or narrow issues for determination at trial.

4.　　**Summary Judgment or Other Dispositive Motions.** All motions for summary judgment (and/or amendments thereto) or other dispositive motions shall be filed on or before **October 23, 2026**. Unless otherwise noticed pursuant to Local Rule 9013-1, a scheduling conference on any dispositive motion shall be conducted on **October 28, 2026 at 10:00 a.m.**

5.　　**Final Pretrial Conference.** A final pretrial conference will be held on **October 28, 2026 at 10:00 a.m.**, at which a trial date will be scheduled, and deadlines are set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements. The final pretrial conference will take place both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact the Court's courtroom deputy prior to the hearing for Zoom instructions.

6.　　**Availability of Mediation**. The Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested, and other matters is authorized. A motion for Court approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and

procedures for participating in the Circuit Court of Appeals' Mediation Program or by judicial mediation.

7.      **Settlement**. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-1 requesting approval of the settlement.

[Signed and dated above.]

Copies to: All counsel of record; the Plaintiff/Debtor.