The order below is hereby signed.

Signed: June 29 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00087-ELG** |
| **Rita Browner,**<br>**Debtor.** | **Chapter 7** |
| **Latonya Griffin,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Rita Browner,**<br>**Defendant.** | **Adv. Pro. 23-10015-ELG** |

## <u>SCHEDULING ORDER</u>

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding established at the scheduling hearing held June 24, 2026.

1.  **Answer Deadline**. Rita Browner (the "Defendant") shall file an answer as to Count I of the *First Amended Complaint* (ECF No. 24) by **July 15, 2026**.

2.  **Discovery.** Unless modified by order of this Court, the deadline for the parties to complete discovery is **October 13, 2026**. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a

1

sufficiently early date to assure that the time for response expires before the discovery completion deadline.

3.     **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter or narrow issues for determination at trial.

4.     **Summary Judgment or Other Dispositive Motions.** All motions for summary judgment (and/or amendments thereto) or other dispositive motions shall be filed on or before **October 23, 2026**. Unless otherwise noticed pursuant to Local Rule 9013-1, a scheduling conference on any dispositive motion shall be conducted on **October 28, 2026 at 10:00 a.m.**

5.     **Final Pretrial Conference.** A final pretrial conference will be held on **October 28, 2026 at 10:00 a.m.**, at which a trial date will be scheduled, and deadlines are set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements. The final pretrial conference will take place both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact the Court's courtroom deputy prior to the hearing for Zoom instructions.

6.     **Availability of Mediation**. The Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested, and other matters is authorized. A motion for Court approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and

procedures for participating in the Circuit Court of Appeals' Mediation Program or by judicial mediation.

7.      **Settlement**. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-1 requesting approval of the settlement.

[Signed and dated above.]

Copies to: All counsel of record; the Plaintiff/Debtor.

United States Bankruptcy Court

District of Columbia

Griffin,

    Plaintiff

                                               Adv. Proc. No. 23-10015-ELG

Browner,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: pdf001 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| pla | + | Latonya Griffin, 6604 Parson Avenue, Baltimore, MD 21215-1918 |
| 774129 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jun 29 2026 22:35:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jun 29 2026 22:35:05 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2026 22:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Jun 29 2026 22:35:07 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Jun 29 2026 22:35:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jun 29 2026 22:35:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jun 29 2026 22:35:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0090-1

Date Rcvd: Jun 29, 2026

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 11

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Defendant Rita Browner mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Richard L. Costella | on behalf of Plaintiff Latonya Griffin rcostella@tydings.com  jmurphy@tydings.com |
| Rita Browner | rbrowner52@gmail.com |

TOTAL: 3