The order below is hereby signed.

Signed: October 30 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Rita Browner,**<br>**Debtor.** | **Case No. 23-00087-ELG**<br><br>**Chapter 7** |
| **Latonya Griffin,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Rita Browner,**<br>**Defendant.** | **Adv. Pro. 23-10015-ELG** |

**ORDER ESTABLISHING DEADLINES AND SETTING TRIAL**

On October 28, 2026, the Court held a pre-trial conference on the *Amended Complaint* (ECF No. 24) filed by Latonya Griffin (the "Plaintiff") and the *Answer, Affirmative Defenses, and Counterclaim* (ECF No. 45) filed Rita Browner (the "Defendant"). This order establishes important deadlines and sets a trial. Deadlines set forth herein shall not be modified without further order of the Court.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The Plaintiff shall file an answer to the Counterclaim (ECF No. 45) on or before **November 15, 2026**.

2) A trial shall be held on **June 8, 2027 at 9:00 a.m.** and **June 9, 2027 at 12:00 p.m.** The hearing will be held in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001.

3) The deadline for the parties to complete non-expert discovery is **January 31, 2027**. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline. The Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, and Local Bankruptcy Rules shall apply to discovery in this matter, unless modified herein or by further order of the Court.

4) On or before **May 25, 2027**, the parties shall file a list of witnesses and a list of proposed exhibits in accordance with Federal Rules of Bankruptcy Procedure 7026(a)(3)(A) and Local Bankruptcy Rule 9070-1. The list of exhibits and list of witnesses may be combined as set forth in Local Bankruptcy Rule 9070-1(a)(1). All objections to the list of witnesses and proposed exhibits must be filed by **June 1, 2027**.

5) The Court encourages the use of mediation as an alternative dispute resolution process in all adversary proceedings and contested matters; however, mediation shall not alter any deadlines in this Scheduling Order absent further order of the Court. A motion for Court approval of non-judicial or neutral mediation is not required. The parties should refer to Local Bankruptcy Rule 9019-2 for alternative dispute resolution options, including judicial mediation, and procedures for participating in the Circuit Court's Mediation Program.

6) If the parties reach a settlement, they shall promptly notify the Court of same.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.