The order below is hereby signed.

Signed: October 30 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Rita Browner,**<br>**Debtor.** | **Case No. 23-00087-ELG**<br><br>**Chapter 7** |
| **Latonya Griffin,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Rita Browner,**<br>**Defendant.** | **Adv. Pro. 23-10015-ELG** |

**ORDER ESTABLISHING DEADLINES AND SETTING TRIAL**

On October 28, 2026, the Court held a pre-trial conference on the *Amended Complaint* (ECF No. 24) filed by Latonya Griffin (the "Plaintiff") and the *Answer, Affirmative Defenses, and Counterclaim* (ECF No. 45) filed Rita Browner (the "Defendant"). This order establishes important deadlines and sets a trial. Deadlines set forth herein shall not be modified without further order of the Court.

Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The Plaintiff shall file an answer to the Counterclaim (ECF No. 45) on or before **November 15, 2026**.

2) A trial shall be held on **June 8, 2027 at 9:00 a.m.** and **June 9, 2027 at 12:00 p.m.** The hearing will be held in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001.

3) The deadline for the parties to complete non-expert discovery is **January 31, 2027**. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline. The Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, and Local Bankruptcy Rules shall apply to discovery in this matter, unless modified herein or by further order of the Court.

4) On or before **May 25, 2027**, the parties shall file a list of witnesses and a list of proposed exhibits in accordance with Federal Rules of Bankruptcy Procedure 7026(a)(3)(A) and Local Bankruptcy Rule 9070-1. The list of exhibits and list of witnesses may be combined as set forth in Local Bankruptcy Rule 9070-1(a)(1). All objections to the list of witnesses and proposed exhibits must be filed by **June 1, 2027**.

5) The Court encourages the use of mediation as an alternative dispute resolution process in all adversary proceedings and contested matters; however, mediation shall not alter any deadlines in this Scheduling Order absent further order of the Court. A motion for Court approval of non-judicial or neutral mediation is not required. The parties should refer to Local Bankruptcy Rule 9019-2 for alternative dispute resolution options, including judicial mediation, and procedures for participating in the Circuit Court's Mediation Program.

6) If the parties reach a settlement, they shall promptly notify the Court of same.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.

United States Bankruptcy Court
District of Columbia

Griffin,
Plaintiff
Browner,
Defendant

Adv. Proc. No. 23-10015-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: pdf001 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| pla | + | Latonya Griffin, 6604 Parson Avenue, Baltimore, MD 21215-1918 |
| 774129 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 30 2026 23:12:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 30 2026 22:58:44 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 23:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 30 2026 22:58:45 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 30 2026 23:12:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 30 2026 23:12:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 30 2026 23:12:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Latonya Griffin, 6604 Parson Avenue, Baltimore, MD 21215-1918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2026 | Form ID: pdf001 | Total Noticed: 11

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Defendant Rita Browner mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Richard L. Costella | on behalf of Plaintiff Latonya Griffin rcostella@tydings.com jmurphy@tydings.com |
| Rita Browner | rbrowner52@gmail.com |

TOTAL: 3